UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Criminal No. 25-CR-00263 (MAU) |
| **MARK THOMAS BIGELOW,** | | |
| **Defendant.** | : | |

NOTICE OF DISCOVERY MATERIALS
PROVIDED TO DEFENSE COUNSEL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that the government provided to counsel the following discovery to the defense:

On August 26th, 2025, a link from evidence.com was sent containing 18 files, including body worn camera footage and photographs.

On August 27th, 2025, the following items were shared via USAFx:

- Report Packet - 25126233 Offense Incident Assault on A Federal Officer
- Gerstein OAG - 25126233 Arrest 06252153 Mark Thomas Bigelow
- CCN _ 25126233 - Combined Reports
- Report Packet - 25126233 Arrest 062521532 Mark Thomas Bigelow
- Public Packet - 25126233 Offense Incident Assault on Federal Officer
- Report Packet - 25126233 AFIS FBI Livescan Response 2512623
- Gerstein USAO - 25126233 Arrest 062521532 Mark Thomas Bigelow
- [EXTERNAL] FW: Narrative Text
- Serial-213600073.zip
- 302 Nethercott .msg
- F.W. Use of Force Report.msg
- 2025-08-19 Use of Force Narrative FBI.docx
- 1_CCN _ 25126233 - Combined Reports.pdf

On September 24, 2025, the following files were shared via USAFx:

- Nethercott 302
- Kapetanis 302

1

        Respectfully submitted,

        JEANINE FERRIS PIRRO
        United States Attorney


By:  /s/ Daniel Seidel
     DANIEL SEIDEL
     Assistant United States Attorney
     CO Bar Number 41521
     United States Attorney's Office
     601 D Street, N.W.
     Washington, D.C.   20530
     Telephone: (202) 252-7619
     Email: daniel.seidel@usdoj.gov