UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | Case No. 25-cr-00263 (MAU) |
| v. : | |
| : | |
| MARK THOMAS BIGELOW, : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of the Government's Motion to Dismiss the Complaint and Information With Prejudice (hereafter, the "Motion"), and for good cause shown, it is this _____ day of October, 2025,

**ORDERED** that it is in the public interest to dismiss with prejudice the Complaint and Information in case number 25-cr-263 (Magistrate Case No. 25-mj-00153) against Mark Thomas Bigelow; and it is further

**ORDERED** that the Government's Motion is GRANTED; and it is further

**ORDERED** that the Complaint and Information in case number case number 25-cr-263 (Magistrate Case No. 25-mj-00153) is dismissed with prejudice; and it is further

**ORDERED** that any pending deadlines as well as the trial date in this matter are hereby vacated.

**SO ORDERED.**

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF COLUMBIA

Date: October 17, 2025

2