UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARK BIGELOW,**<br><br>       **Defendant.** | **Crim. Action No.: 25-CR-263 (CJN) (MAU)** |

**RESPONSE TO GOVERNMENT'S
MOTION TO DISMISS WITH PREJUDICE**

    Mr. Mark Bigelow, through undersigned counsel, responds to the Court's October 23, 2025, minute order. On October 17, 2025, the government moved to dismiss the Complaint and Information filed against Mr. Bigelow with prejudice pursuant to Federal Rule of Criminal Procedure 48(a). ECF No. 16. In its motion, the government asserted that "dismissal of the instant matter with prejudice would serve the interests of justice." *Id.* The Court, on October 23, 2025, ordered Mr. Bigelow to "file any response to the Government's Motion to Dismiss no later than Monday, October 27, 2025." Minute Order, Oct. 23, 2025.

    Mr. Bigelow joins the government's motion and asks this Court to dismiss the Complaint and Information filed against him with prejudice pursuant to this Court's authority under Local Criminal Rule 57.17(b)(2). Mr. Bigelow joins the government in asserting that dismissal with prejudice will serve the interests of justice.

                                     Respectfully Submitted,
                                     A.J. KRAMER
                                     FEDERAL PUBLIC DEFENDER

                                     ____/s/_____
                                     ELIZABETH MULLIN
                                     MATTHEW L. FARLEY

                        Assistant Federal Public Defenders
                        625 Indiana Ave., N.W.
                        Washington, D.C.  20004
                        (202) 208-7500